

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
# AFFIDAVIT OF SERVICE



CASE NUMBER: 118CV4392  MULT.SER. 1  DOC. TYPE: SUMMONS
DIE DATE: 07/12/2018  RECEIVED DATE: 6/28/2018 12:00:00 PM  FILED DATE: 06/25/2018  DIST: 062 SK

**DEFENDANT**
ALLSTATE VEHICLE AND PROPERTY INS CO
2775 SANDERS RD
NORTHBROOK, IL 60062

FOREIGN

**PLANTIFF**
MICELLI, PHYLLIS

**ATTORNEY**
EDWARD ESHOO JR
181 W MADISON 3475
CHICAGO, IL 60602
(312) 260-0806

22

**ATTACHED FEE AMOUNT:**
**SERVICE INFORMATION:**

I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

____ **(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

____ **(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20____

____ **(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

X **(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

____ **(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

____ **(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

____ **(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

____ **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

____ (01) NO CONTACT        ____ (05) WRONG ADDRESS          ____ (09) DECEASED
____ (02) MOVED             ____ (06) NO SUCH ADDRESSS       ____ (10) NO REGISTERED AGENT
____ (03) EMPTY LOT         ____ (07) EMPLOYER REFUSAL       ____ (11) OUT OF COOK COUNTY
____ (04) NOT LISTED        ____ (08) CANCELLED BY PLAINTIFF ATTY   ____ (12) OTHER REASON (EXPLAIN)

**EXPLANATION:** _____

WRIT SERVED ON: Karen Moschini
SEX: M (F)  RACE: W  AGE: 54
THIS 9 DAY OF July, 20 18
Thomas J. Dart
SHERIFF, BY: _____, DEPUTY

ATTEMPTED SERVICES
DATE: 9 July  TIME (AM/PM): 4:15  STAR #: 11097

MOC087